| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GARY C. ZEITZ, L.L.C.**<br>GARY C. ZEITZ, ESQUIRE<br>ROBIN LONDON-ZEITZ, ESQUIRE<br>1101 Laurel Oak Road, Suite 170<br>Voorhees, New Jersey 08043<br>(856) 857-1222<br>*Attorneys for Creditor,*<br>*PRO CAP 8 FBO FIRSTRUST BANK* | |
| In Re:<br><br>JAMES H. GORDON, JR. | **Case No.: 26-19927/ABA**<br><br>**Chapter: Thirteen**<br><br>**Judge: Andrew B. Altenberg, Jr.** |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of PRO CAP 8 FBO FIRSTRUST BANK. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
Gary C. Zeitz, Esquire
**GARY C. ZEITZ, L.L.C.**
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222 ext. 304
(856) 857-1234 Fax
gzeitz@zeitzlawfirm.com
www.zeitzlawfirm.com

DOCUMENTS:

■ All notices entered pursuant to Fed. R. Bankr. P. 2002.

■ All notices and pleadings of any nature.

Date: 9/15/2026

/s/GARY C. ZEITZ
GARY C. ZEITZ, ESQUIRE
*Attorneys for Creditor,*
*PRO CAP 8 FBO FIRSTRUST BANK*